IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SALMA RAMEEZ SHAIK, AKHIL POTHURAJU, NITHISH BABU CHALLA, SHYAM VARDHAN REDDY YARKAREDDY, and ALMAS ABDUL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; PETER BERG, in his official capacity as Field Office Director of Minneapolis–St. Paul, Minnesota Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 25-cv-01584<br><br>**MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND EMERGENCY PRELIMINARY INJUNCTION**<br><br>**EXPEDITED HANDLING REQUESTED** |

Pursuant to Fed. R. Civ. P. 65 and Local Rule 7.1(d)(1)(A)-(B), Plaintiffs Salma Rameez Shaik, Akhil Pothuraju, Nithish Babu Challa, Shyam Vardhan Reddy Yarkareddy, and Almas Abdul hereby move this Court for emergency injunctive relief—namely, an *ex parte* temporary restraining order followed by an emergency preliminary injunction—that (1) enjoins Defendants from taking any action or imposing any legal consequences as a result of the decision to terminate Plaintiffs' Student and Exchange Visitor Information System (SEVIS) records, including revoking Plaintiffs' visas, detaining them, or deporting them; (2) requires Defendants to temporarily set aside their decision to classify Plaintiffs' F-1 student status as terminated; (3) orders Defendants to reinstate Plaintiffs' F- 1 student status retroactive to the date of each termination, and (4) enjoins Defendants from taking further action to terminate Plaintiffs' student status. Plaintiffs hereby request expedited handling of this motion pursuant to Local Rule 7.1(d)(4)(A).

This motion is based on the memorandum of law, the accompanying declarations and exhibits, and any further evidence and argument to be presented at or before the hearing, and all of the files, records and proceedings herein.

Dated: April 21, 2025          s/Kshithij Shrinath

**ROBICHAUD, SCHROEPFER & CORREIA, P.A.**

Evangeline Dhawan-Maloney, Reg. No. 0401317
7500 Olson Memorial Highway, Suite 325
Golden Valley, MN  55427
evangeline@robichaudlaw.com
(612) 712-2843


**GREENE ESPEL PLLP**

Kshithij Shrinath, Reg. No. 0505164
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
kshrinath@greeneespel.com
(612) 373-0830

*Attorneys for Plaintiffs*