UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SALMA RAMEEZ SHAIK, AKHIL POTHURAJU, NITHISH BABU CHALLA, SHYAM VARDHAN REDDY YARKAREDDY, and ALMAS ABDUL,<br><br>                    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*, and PETER BERG, *in his official capacity as Field Office Director of Minneapolis-St. Paul, Minnesota Immigration and Customs Enforcement*,<br><br>                    Defendants. | Civil No. 25-1584 (JRT/DJF)<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

Evangeline Surya Ester Dhawan-Maloney, **ROBICHAUD, SCHROEPFER & CORREIA, PA**, 1601 Hennepin Avenue North, Suite 200, Minneapolis, MN 55403; Kshithij Shrinath, **GREENE ESPEL PLLP**, 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, for Plaintiffs.

Lucas B. Draisey, **UNITED STATES DEPARTMENT OF JUSTICE**, 300 South Fourth Street, Minneapolis, MN 55415, for Defendants.

On April 22, 2025, the Court granted Plaintiffs' Motion for a Temporary Restraining Order ("TRO") in this case. *Shaik v. Noem*, No. 25-1584, 2025 WL 1170447, at *2–3 (D. Minn. Apr. 22, 2025). In email correspondence with the Court, Defendants have

-2-

consented to "extending the TRO until the Court rules on the PI [Preliminary Injunction] motion." Parties have also agreed to a more extended briefing schedule for the Court's consideration of the pending preliminary injunction motion. The TRO will have been in place 14 days on May 6, 2025. Ordinarily, the Court may only extend for another 14 days for good cause. *See* Fed. R. Civ. P. 65(b)(2). However, the same rule also allows the Court to extend a TRO more than an additional 14 days if "the adverse party consents to a longer extension." *Id.* The Court will do so here and adopt the parties' proposed briefing schedule.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court's Temporary Restraining Order [Docket No. 19] is **EXTENDED** until the Court enters an order on the pending preliminary injunction motion.

2. Defendants' opposition brief is due on May 12, 2025.

3. Plaintiffs' reply brief is due on May 26, 2025.

DATED: May 2, 2025  
at Minneapolis, Minnesota.

JOHN R. TUNHEIM  
United States District Judge