UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Salma Rameez Shaik, et al.,

        Plaintiffs,

   v.

Kristi Noem, in her official capacity
as Secretary of the U.S. Department of
Homeland Security, et al.,

        Defendants.

Civil No. 0:25-cv-01584-JRT-DJF

**DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Lucas B. Draisey, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. I am an adult, competent, and have personal knowledge of the facts herein.

2. I am an employed by the United States Attorney's Office for the District of Minnesota as an Assistant U.S. Attorney.

3. Attached as Exhibit A is a true and accurate copy of a declaration of Andre Watson dated May 6, 2025.

4. Attached as Exhibit B is a true and accurate copy of a declaration of James Hicks dated May 5, 2025.

5. Attached as Exhibit C is a true and accurate copy of a declaration of Michelle Young dated May 7, 2025.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Dated: May 19, 2025

                                              */s/ Lucas B. Draisey*
                                              Lucas B. Draisey
                                              Assistant United States Attorney