# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Salma Rameez Shaik, et al., | Case No. 25-cv-1584-JRT-DJF |
| Plaintiffs, | |
| v. | |
| Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security, et al., | |
| Defendants. | |

## FOURTH STIPULATION AND UNOPPOSED MOTION TO EXTEND DEFENDANTS' ANSWER DEADLINE

1. Defendants, with the consent of Plaintiffs, respectfully request under Federal Rule of Civil Procedure 6(b) an order extending Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint. The parties agree the Court should extend the September 17, 2025, deadline by 30 days, up to and including October 17, 2025.

2. Plaintiffs filed their Complaint on April 21, 2025. ECF No. 1.

3. Plaintiffs served the summons and complaint on Defendants on April 28, 2025. The United States Attorney's Office for the District of Minnesota received service on April 28, 2025. The Court previously extended the Defendants' deadline to September 17, 2025. *See* ECF No. 42.

4. Defendants respectfully request the Court extend that deadline again by 30 days, under Federal Rule of Civil Procedure 6(b), up to and including October 17, 2025.

5. Good cause supports the motion, which is not filed to delay or for any other dilatory purpose.

6. The Court issued its preliminary-injunction order August 11, meaning the defendants' 60-day deadline to file a notice of appeal from that order falls on October 10, 2025. *See* Fed. R. App. P. 4(a)(1)(B)(iii). The defendants are still reviewing and assessing whether to appeal that order. In the event the case remains in district court, the defendants anticipate filing a motion to dismiss. The parties have begun, but have not exhausted, the meet-and-confer process related to that potential motion. The parties therefore agree that an additional 30 days is warranted.

7. Defendants' counsel conferred with Plaintiffs' counsel by email regarding this motion, and Plaintiffs' counsel indicated they do not oppose the requested extension. The parties' counsel thereafter prepared and agreed to this stipulation and the proposed order filed contemporaneously.

Dated: September 16, 2025        Respectfully submitted,

                                              JOSEPH H. THOMPSON
                                              Acting United States Attorney

                                              */s/Lucas B. Draisey*
                                              BY:  LUCAS B. DRAISEY
                                              Assistant United States Attorney
                                              Attorney ID Number 0401625
                                              600 U.S. Courthouse
                                              300 South Fourth Street
                                              Minneapolis, MN 55415
                                              (612) 664-5600
                                              lucas.draisey@usdoj.gov


Dated: September 16, 2025        /s/Kshithij Shrinath
                                              **GREENE ESPEL PLLP**
                                              Kshithij Shrinath, Reg. No. 0505164
                                              Alison V. Zoschak, Reg. No. 0506030
                                              222 S. Ninth Street, Suite 2200
                                              Minneapolis, MN 55402
                                              kshrinath@greeneespel.com
                                              azoschak@greeneespel.com
                                              (612) 373-0830

                                              **ROBICHAUD, SCHROEPFER & CORREIA, P.A.**
                                              Evangeline Dhawan-Maloney, Reg. No. 0401317
                                              7500 Olson Memoral Highway, Suite 325
                                              Golden Valley, MN 55427
                                              evangeline@robichaudlaw.com
                                              (612) 712-2843